*Kevin H. Sharp* (signature)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 12-00203 |
| | ) | JUDGE SHARP |
| MAURICE CHEVETTE SUBLETT | ) | |

## MOTION TO EXTEND TIME FILING PRETRIAL MOTIONS

Through counsel, defendant Maurice Sublett moves to extend the time for filing suppression motions until September 4, 2013, which is the date for filing all other pretrial motions in this matter. This matter is set for trial on September 24, 2013.

In support of this motion, counsel would show the following: Defense counsel is still in the process of reviewing voluminous medical records to assess their relevance to pretrial litigation, trial issues, and sentencing issues in this matter. Additionally, counsel has initiated discussions with the government to determine whether this matter can be resolved by an agreed disposition.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT, BPR #017021
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047
Caryll_Alpert@fd.org