UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00203 |
| | ) | JUDGE SHARP |
| MAURICE CHEVETTE SUBLETT | ) | |

## MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Maurice Sublett moves to extend the time for filing suppression motions until November 13, 2013, which is the date for filing all other pretrial motions in this matter. This matter is set for trial on December 3, 2013.

In support of this motion, counsel would show the following: Defense counsel has obtained and is completing a review of voluminous medical records to assess their relevance to pretrial litigation, trial issues, and sentencing issues in this matter. Additionally, counsel has received a preliminary offer from the government which would resolve this matter, but needs to discuss the proposed disposition with Mr. Sublett. To preserve Mr. Sublett's rights in case this matter is not resolved by agreed disposition, counsel requests this extension of time to file pretrial motions.

Respectfully submitted,

/s/ Caryll S. Alpert
CARYLL S. ALPERT, BPR #017021
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047
Caryll_Alpert@fd.org