UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00203 |
| | ) | JUDGE SHARP |
| MAURICE C. SUBLETT | ) | |

## **O R D E R**

Pending before the Court is Defendant's Motion to May 16 Sentencing Hearing (Docket No. 32) to which there is no opposition.

The motion is GRANTED and the sentencing hearing set for May 16, 2014, is hereby continued to Thursday, July 24, 2014, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE